**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

COURTNEY GRIFFIN
*On behalf of himself and*
*Those similarly situated*
            Plaintiff,

Civil No.18-17732(FLW)

     VS

**ORDER OF DISMISSAL**

ALLAIRE REHAB AND NURSING
   et al.
            Defendant,

---

   This matter having been reported settled and the Court

having administratively terminated the action for sixty (60)

days so that the parties could submit the papers necessary to

terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ.

R. 41.1, and the sixty-day time period having passed without the

Court having received the necessary papers;

   **IT IS** on this 13th  day of June, 2019

   **ORDERED** that the Clerk of the Court shall reopen the case

and make a new and separate docket entry reading "CIVIL CASE

REOPENED"; and it is further

   **ORDERED** that this matter be, and the same hereby is,

**DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R.

Civ. P. 41(a)(2).

                              *s/Freda L. Wolfson*
                              FREDA L. WOLFSON, U.S.D.J.